# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHNNY WAS, LLC,<br><br>　　　　Defendant. | Case No. 21-cv-03098-BLF<br><br>**ORDER VACATING ALL DATES, REQUESTING DISMISSAL OR STATUS UPDATE NO LATER THAN 60 DAYS, AND ADMINISTRATIVELY CLOSING THE CASE** |

The Court has received Plaintiff's notice of settlement. ECF 12. Accordingly, the Court VACATES all previously set dates in this action and DIRECTS the Parties to file a dismissal of the action or a joint status report regarding the settlement on or before **August 23, 2021**.

The Clerk SHALL vacate all dates and administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should a settlement not be reached.

**IT IS SO ORDERED.**

Dated: June 22, 2021

_____
BETH LABSON FREEMAN
United States District Judge